Jesse Randall FIFE, Petitioner— Appellant,

v.

Jean HILL, Superintendent, Respondent—Appellee.

No. 01-35900.

D.C. No. CV-99-01578-MRH.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2002.*

Decided Nov. 13, 2002.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before REAVLEY,** KOZINSKI and W. FLETCHER, Circuit Judges.

MEMORANDUM ***

Even if petitioner preserved his claim, there is simply nothing cruel or unusual about a seventy-month mandatory sentence for intentionally and unexcusedly shooting someone in the back with a firearm. *See Andrade v. Attorney General,* 270 F.3d 743, 754 (2001) ("[The Eighth Amendment] forbids only extreme sentences that are 'grossly disproportionate' to the crime." (internal quotation marks omitted)); *see also Harmelin v. Michigan,* 501 U.S. 957, 995, 111 S.Ct. 2680, 115 L.Ed.2d 836 (1991) ("There can be no serious contention ... that a sentence which is not otherwise cruel and unusual becomes so simply because it is 'mandatory.' ").

AFFIRMED.

---

** The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

